# Morgan Lewis

**Ari Micah Selman**
Partner
+1.212.309.6168
ari.selman@morganlewis.com

January 27, 2025

**VIA ECF**

United States Court of Appeals for the Second Circuit
Office of the Clerk
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:      _Roth v. Drahi et al.,_ No. 24-2761 (2d Cir.)

Dear Ms. Wolfe:

We write on behalf of the Defendants-Appellees in the above-captioned appeal (the "_Drahi_ Appeal"), which was fully briefed on January 23, 2025.  An argument date has not yet been set.

We understand that the Court has now scheduled argument for March 6, 2025, in the related case of _Roth v. LAL Family Corp. et al._, 24-2464 (2d Cir.) (the "_LAL_ Appeal"), which was fully briefed on December 31, 2024.   Plaintiff-Appellant, Andrew Roth, in both cases correctly designated the foregoing appeals as "Related," because they each involve the same claim, brought under the same provision of the same statute, Section 16(b) of the Securities Exchange Act of 1934, 15 U.S.C. § 78p(b), by the same Plaintiff-Appellant, based on the same legal theory relating to issuer repurchases, and each raises the same core legal issues on appeal.

Accordingly, we respectfully submit that it would promote judicial efficiency for the Court to schedule argument in the _Drahi_ Appeal on the same date as argument in the _LAL_ Appeal, March 6, 2025. Counsel for Plaintiff-Appellant has previously confirmed his availability that day for argument in the _LAL_ Appeal, and we hereby confirm that we are available as well.

Respectfully submitted,


_/s/ Ari M. Selman_
Ari Micah Selman

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060          **T** +1.212.309.6000
United States                                    **F** +1.212.309.6001